UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Aaron Teegarden,                                Civil 12-2190 (SRN/FLN)

      Plaintiff,

v.                                    O R D E R

Andy Lieffort,

      Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 10, 2014, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1. Defendant Lieffort's motion for summary judgment (ECF No. 65) is **GRANTED**;

2. Teegarden's Eighth Amendment claim (Count IV) against Lieffort is **DISMISSED WITH PREJUDICE**;

3. Teegarden's state-law claims (Count V) against Lieffort is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 31, 2014                        s/Susan Richard Nelson
                                                   SUSAN RICHARD NELSON
                                                   United States District Court Judge